# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAH'LEAH FIREE,<br><br>　　Plaintiff<br><br>v.<br><br>DEL TACO, LLC and ELIJAH DICKENS,<br><br>　　Defendants | Case No.: 2:23-cv-00495-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

　　I ORDER that defendant Del Taco, LLC's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of Del Taco, LLC as required by the recent amendment to that rule.

　　I FURTHER ORDER defendant Del Taco, LLC to file a proper certificate of interested parties by April 14, 2023.

　　DATED this 6th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE