# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Tah'Leah Firee, <br><br> Plaintiff, <br><br> v. <br><br> Del Taco, LLC and Elijah Dickens, <br><br> Defendants. | Case No. 2:23-cv-00495-APG-DJA <br><br> **Order** |

This matter is before the court on its review of the docket. The discovery plan and scheduling order is overdue. *See* Nevada Local Rule[1] 26-1(a); *see* (ECF No. 1) (petition for removal). And the case has stagnated since it was removed. The parties will have until July 17, 2024 to meet and confer and file a discovery plan.

**IT IS THEREFORE ORDERED** that the parties shall have until **July 17, 2024** to file a discovery plan as required by Nevada Local Rule 26-1. The Clerk of Court is kindly directed to send a copy of this order to Plaintiff.

DATED: June 17, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This refers to the Local Rules for the United States District Court for the District of Nevada. These rules can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/