UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAH'LEAH FIREE, | Case No.: 2:23-cv-00495-APG-DJA |
| Plaintiff | **Order Granting Motion to Dismiss** |
| v. | **[ECF No. 22]** |
| DEL TACO, LLC and ELIJAH DICKENS, | |
| Defendants | |

Defendant Del Taco, LLC moves to dismiss plaintiff Tah'Leah Firee's complaint for failure to prosecute. ECF No. 22. Firee did not respond. She therefore consents to the motion being granted. LR 7-2(d). Moreover, the docket shows Firee has taken no action to prosecute this case since it was removed to this court in April 2023.

I THEREFORE ORDER that defendant Del Taco, LLC's motion to dismiss **(ECF No. 22) is GRANTED** and plaintiff Tah'Leah Firee's claims against Del Taco, LLC are dismissed with prejudice. The clerk of court is instructed to enter judgment in favor of defendant Del Taco, LLC and against plaintiff Tah'Leah Firee, and to close this case.

DATED this 1st day of October, 2023.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE