AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Tah'Leah Firee, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | Case Number: 2:23-cv-00495-APG-DJA |
| Del Taco, LLC, | |
| Defendant. | |

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendant, Del Taco, LLC, and against Plaintiff, Tah'Leah Firee.

10/01/2024
Date

DEBRA K. KEMPI
Clerk

/s/  RJDG
Deputy Clerk